521 KELLY vs. CIRCUIT JUDGE (Wayne), No. 12898½.

To compel allowance of amendment to declaration.

Order to show cause denied June 21, 1892.

The circuit judge gave two reasons for refusing to allow the amendment, (1) because the right of action arose in 1881, and plaintiff is chargeable with laches; (2) because the proposed amendment set up a new cause of action.

---

522 THIRD NATIONAL BANK OF DETROIT vs. CIRCUIT JUDGE (Wayne), 81 M., 438.

To strike from the files an amendment to a chancery bill allowed by respondent, for insufficiency which can be remedied by another or other amendments to the bill.

Denied June 13, 1891, as within the discretion of the circuit judge.